## Commonwealth ex rel. Johnson, Appellant, *v.* Myers.

Argued December 15, 1965. *David C. Harrison,* with him *Kramer, Krauss and Harrison,* for appellant; *Henry T. Crocker,* Assistant District Attorney, with him *Richard A. Devlin,* Assistant District

Attorney, and *Richard S. Lowe*, District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.